IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02073-MSK-BNB

JAMES CONNER,

Plaintiff,

v.

GENERAL STEEL DOMESTIC SALES, LLC, d/b/a General Steel, d/b/a General Steel Corporation, d/b/a General Steel Corp., d/b/a General Steel Metal Buildings, and GENERAL STEEL, INC.,

Defendants.
_____

**ORDER**
_____

The parties through counsel appeared this morning for a status conference. Consistent with matters discussed at the status conference,

IT IS ORDERED that:

(1) Defendants' **Motion to Compel Arbitration and to Stay Proceedings** [Doc. # 3, filed 8/30/2010] is GRANTED as confessed; and

(2) The plaintiff shall commence an arbitration, if at all, on or before **November 19, 2010**.

Dated October 28, 2010.

                                                      BY THE COURT:

                                                      s/ Boyd N. Boland
                                                      United States Magistrate Judge