IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02073-MSK-BNB

JAMES CONNER,

Plaintiff,

v.

GENERAL STEEL DOMESTIC SALES, LLC, d/b/a General Steel, d/b/a General Steel Corporation, d/b/a General Steel Corp., d/b/a General Steel Metal Buildings, and GENERAL STEEL, INC.,

Defendants.

_____

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

The parties appeared this morning for a status conference.  I am informed that an arbitration of the dispute between the parties was filed and accepted on November 19, 2010.

Local rule of practice 41.2, D.C.COLO.LCivR, allows a district judge or a magistrate judge exercising consent jurisdiction to "direct the clerk to close a civil action administratively subject to reopening for good cause."  Administrative closure is appropriate in this case.  There appears to be no further court action necessary while the matter is arbitrated, but the case may need to be reopened to enforce an arbitration award, if one is made.  The parties do not oppose administrative closure.

I respectfully RECOMMEND that the case be administratively closed pursuant to D.C.COLO.LCivR 41.2, subject to reopening for good cause.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the parties have 14 days after service of this recommendation to serve and file specific,

written objections.  A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. Makin v. Colorado Dept. of Corrections, 183 F.3d 1205, 1210 (10th Cir. 1999); Talley v. Hesse, 91 F.3d 1411, 1412-13 (10th Cir. 1996).  A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review.  United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).

    Dated December 6, 2010.

                                  BY THE COURT:

                                  s/ Boyd N. Boland
                                  United States Magistrate Judge